# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70753-1-I |
| Respondent, | ) | |
| v. | ) | UNPUBLISHED OPINION |
| GARY JOSEPH ALEXANDER, JR., | ) | |
| Appellant. | ) | FILED: AUG 1 1 2014 |

PER CURIAM — Gary Joseph Alexander, Jr., appeals from the judgment and sentence entered after he pleaded guilty in King County No. 12-1-05687-7. The State concedes that because the plea judge affirmatively misinformed Alexander of the statutory maximum sentence during the plea colloquy, Alexander is entitled to withdraw his guilty plea. We accept the State's concession. See State v. Mendoza, 157 Wn.2d 582, 590, 141 P.3d 49 (2006). Accordingly, the judgment and sentence is reversed and the matter remanded to permit Alexander to withdraw his guilty plea.

Reversed and remanded.

FOR THE COURT: